788

O'Connor *v.* DeSisti, Appellant.

Argued June 11, 1970. *Maurice L. Epstein,* for appellant; *W. Marshall Dawsey,* with him *Griffin & Dawsey,* for appellee.

Order affirmed.

HOFFMAN, J., dissents.

September 25, 1970

Commonwealth ex rel. Seawright *v.* Harris, Appellant.

Argued September 18, 1970. *Reuben Singer,* with him *Singer & Deitch,* for appellant; *Frederick R. Herman,* for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order of the court below is affirmed.

WATKINS, J., absent.